1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2755

FILED
APR 1 9 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,             )  NO. 2:12-MJ-00051 KJN
                              )
   v.                          )  [PROPOSED] ORDER
                              )  FOR UNSEALING COMPLAINT
DANIEL CHARTRAW,              )
                              )
        Defendant.             )
_____)

The government's request to unseal the Complaint and this case is GRANTED.

SO ORDERED:

DATED: April 19, 2012

/s/ Gregory G. Hollows
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge