# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**FILED**

APR 3 0 2012


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

April 26, 2012

Clerk, U.S. District Court
Eastern District of California
501 I Street, Room 4-200
Sacramento, CA 95814-7300

    Re:    12-mj-01404-WMC, USA v. Chartraw

Dear Clerk of the Court:   12mj51 KJN

    Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | X | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | ___ | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| ___ | Other | | |

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
, Deputy Clerk   **S. TWEEDLE**

CLOSED

## U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:12-mj-01404-WMC All Defendants
## *SEALED*
## Internal Use Only

Case title: USA v. Chartraw

Date Filed: 04/19/2012
Date Terminated: 04/24/2012

Assigned to: Magistrate Judge William McCurine, Jr

### Defendant (1)

**Daniel Lee Chartraw**
*TERMINATED: 04/24/2012*

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

18:1343 - Wire Fraud

### Disposition

I hereby attest and certify on 4/26/12
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ Deputy

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **U S Attorney CR**<br>U S Attorneys Office Southern District of California<br>Criminal Division<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)557-5610<br>Fax: (619)557-5917<br>Email: Efile.dkt.gc2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2012 | | Arrest of Daniel Lee Chartraw (sjt) (Entered: 04/19/2012) |
| 04/19/2012 | 1 | OUT-OF-DISTRICT COMPLAINT as to Daniel Lee Chartraw. (sjt) (srm-v). (Entered: 04/19/2012) |
| 04/19/2012 | 2 | Set/Reset Duty Hearings as to Daniel Lee Chartraw: Initial Appearance - ODC set for 4/20/2012 before Magistrate Judge William McCurine Jr.(jer) (Entered: 04/19/2012) |
| 04/20/2012 | 3 | Minute Entry for proceedings held before Magistrate Judge William McCurine, Jr: Initial Appearance - Out of District Complaint as to Daniel Lee Chartraw held on 4/20/2012. Case unsealed for purposes of arraignment only; case to remain sealed. Federal Defenders appointed for Daniel Lee Chartraw. Bond set as to Daniel Lee Chartraw (1) No bail. Detention Hearing set for 5/3/2012 at 09:00 AM before Magistrate Judge William McCurine Jr. Removal/ID Hearing set for 5/3/2012 at 09:00 AM before Magistrate Judge William McCurine Jr. (CD# 4/20/2012 WMC 11:03-11:05). (Plaintiff Attorney Andre Espinoza, AUSA). (Defendant Attorney Matthew Binninger, FD-S/A). (jer) (Entered: 04/20/2012) |
| 04/20/2012 | 4 | Oral MOTION to Detain by USA as to Daniel Lee Chartraw. (jer) (Entered: 04/20/2012) |
| 04/23/2012 | 5 | NOTICE OF HEARING as to Defendant Daniel Lee Chartraw. Removal/ID Hearing reset to 4/24/2012 10:00 AM in Courtroom C before Magistrate Judge William McCurine Jr.. (rab) (Entered: 04/23/2012) |
| 04/24/2012 | 6 | Minute Entry for proceedings held before Magistrate Judge William McCurine, Jr: Removal/ID Hearing as to Daniel Lee Chartraw held on 4/24/2012. Dft admits identity. Waiver of Removal Hearing filed. Court orders defendant removed to the Eastern District of California. Warrant of Removal issued to USMS. (CD# 4/24/2012 (SEALED WMC12-11:21- |

| | | |
|---|---|---|
| | | 11:24)). (Plaintiff Attorney Andre Espinosa). (Defendant Attorney Candis L. Mitchell, FD s/a). (rab) (Entered: 04/25/2012) |
| 04/24/2012 | 7 | WAIVER of Rule 5 Hearings by Daniel Lee Chartraw (sjt) (Entered: 04/26/2012) |
| 04/24/2012 | 8 | WARRANT of Removal to Eastern District of California Issued as to Daniel Lee Chartraw. (sjt) (Entered: 04/26/2012) |
| 04/24/2012 | 9 | Case removed to Eastern District of California as to Daniel Lee Chartraw. Sent certified copy of transfer order. (sjt) (Entered: 04/26/2012) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**DANIEL LEE CHARTRAW** | Magistrate Case No. 12MJ1404<br><br>**WARRANT OF REMOVAL**<br>**(After Waiver of Hearing)** |

To: United States Marshal

A complaint having been filed in the Eastern District of California, charging defendant **DANIEL LEE CHARTRAW** with wire fraud, in violation of Title 18, United States Code, Section 1343, and the above-named defendant having been arrested in this district and, after waiving hearing pursuant to Federal Rules of Criminal Procedure 5(c) and 5.1(a), having been committed by a United States Magistrate Judge to your custody pending his removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the Eastern District of California and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

_William McCurine, Jr._
_____
HON. WILLIAM McCURINE, JR.
United States Magistrate Judge

Dated at San Diego, California, this __24th__ day of __April__, 2012.

### RETURN

Eastern District of California (at Sacramento)         ss

Received the within warrant of removal the _____ day of _____, 2012, and executed same.

_____
U. S. Marshal

By _____
Deputy Marshal

I hereby attest and certify on __4/26/12__
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ Deputy

AME/tlp/April 24, 2012/Rev. 12/02

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
APR 24 2012
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12MJ1404 |
| Daniel Chartraw | ) | |
| | ) | Charging District's Case No. |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of California

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 4/24/12

_____
Defendant's signature

_____
Signature of defendant's attorney

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 APR 19 AM 11: 32
CLERK, U.S DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**ARREST ON OUT-OF-DISTRICT OFFENSE**

Magistrate Case Number: _____

**12MJ1404**

The person charged as Daniel Lee Chartraw now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Eastern District of California with wire fraud, in violation of Title 18, United States Code, Section 1343.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: _____4/19/2012_____.

_____
Wade L. Dudley
Special Agent
Federal Bureau of Investigation

Reviewed and Approved:

Dated: _____04/19/2012_____.

_____
Special Assistant United States Attorney

DOA
4/19/2012

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

RECEIVED
2012 FEB 21  PM 3: 23

| | |
|---|---|
| United States of America<br>v.<br>Daniel Chartraw<br><br>*Defendant* | )<br>)  Case No.<br>)<br>)<br>)    2:12 - MJ - 51  KJN |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Daniel Chartraw                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Title 18, United States Code, Section 1343 - Wire Fraud (2 Counts)


Date: Feb 21, 2012

_____
*Issuing officer's signature*

City and state:  Sacramento, California

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 9581...
 4  Telephone: (916) 554-2755
```

SEALED

ORIGINAL FILED

FEB 2 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:12 - MJ - 51     KJN

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) |
| v. | ) SEALING ORDER |
| DANIEL CHARTRAW, | ) |
| Defendant. | ) |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached criminal complaint, arrest warrant, and affidavit of Richard Snodgrass are hereby SEALED until further order of this Court.

DATED: February 21, 2012

_____
HON. KENDALL J. NEWMAN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SEALED



ORIGINAL FILED

FEB 21 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

Daniel Chartraw

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:

2:12 - MJ - 51   KJN

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 22, 2010 and June 7, 2011** in **El Dorado** County, in the Eastern District of California defendant did,

having devised a scheme and artifice to defraud, and for obtaining money or property by means of false and fraudulent pretenses, representations, or promises, transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice

in violation of Title **18**, United States Code, Section(s) **1343**. I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

- **See Attached Affidavit of Richard Snodgrass**

Continued on the attached sheet and made a part of this complaint: **X**

Signature of Complainant Richard J. Snodgrass
Federal Bureau of Investigation

Sworn to before me, and signed in my presence

February 21, 2012                  at   Sacramento, California

Date                                     City          State

Kendall J. Newman, U.S. Magistrate Judge

Name of Judge          Title of Judge         Signature of Judge

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California

By _____ Deputy Clerk

Dated 2/21/12

RML

# MAGISTRATE JUDGE INFORMATION SHEET

12MJ1404

**MAGISTRATE CASE NUMBER** _____

1. Hearing Date _____  2. AUSA _____  3. Mag Judge _____
4. USAO # _____  5. Agency # _____
6. Defendant #: 1 of 1      7. Case Agent SA Wade L. Dudley
8. Charges: Title 18 USC 1343 Wire Fraud
9. Defendant's Name: Daniel Chartraw    10. Social Security #: _____
11. Alias: James Murphy    12. Birth Date: 2/23/73
13. Address: _____
14. Arrest Date: 4/17/12    15. Place of Arrest: San Ysidro    16. Date Committed: 4/17/12
17. Agent(s): SA Dudley SA Adams    18. Office Phone #: 858-653-4214
19. Agency: FBI    20. Station San Diego
21. Custody: Yes X  No ___
22. Citizenship: U.S. X  Mex ___  Other _____
23. INS Status: Res X  BCC ___  Illegal ___  Other _____
24. Prior Deports: _____    25. IDENT Hits: _____
26. Prior Record: 4 CA Vehicle codes, currently wanted by State of CA for Domestic Violence and Elder Abuse
27. Drug Usage: _____    How Evidenced? _____
28. Cash on Defendant: $ _____    29. Other Evidence _____
30. Agents Fact Summary:

    A warrant was issued for the arrest of Daniel Chartraw out of the Eastern District of California, Sacramento, California. Warrant was signed on February 21, 2012, by Kendall J. Newman, U.S. Magistrate Judge.

    Warrant is Sealed.

31. Agents info re: defendant (Employment, Family, etc.) _____
32. Def Attorney:   Appointed ___   Retained ___
33. DEFENSE ATTORNEY: _____    PHONE NUMBER: _____
34. Next Date for: PH  Removal  Date _____ Time _____  Detention Date _____ Time _____
35. Bond Set: _____
36. Material Witness Custodial Status: Custody ___  Not in Custody ___
37. MATERIAL WITNESS ATTORNEY: _____    PHONE NUMBER: _____

**Court's Orders/Motions**                **Government's Notes for Bail**

MJ Info Sheet (lb)
11/5/04